IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DAX JOHNSON,** | * | |
| *Plaintiff,* | * | |
| v. | * | Case No. 1:23-cv-01567-JRR |
| **MARK BEGOR, CEO of Equifax,** | * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pending before the court is Defendant's Motion to Dismiss and in the Alternative Motion for More Definite Statement (ECF No. 7). The court has reviewed all papers. No hearing is necessary. Local Rule 105. (D. Md. 2023). For the reasons set forth in the accompanying memorandum opinion, it is this 22nd day of February 2024:

**ORDERED** that Defendant's Motion to Dismiss and in the Alternative Motion for More Definite Statement (ECF No. 7), construed as a motion to dismiss, shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that the Complaint shall be, and is hereby, **DISMISSED in its entirety**; and further it is

**ORDERED** that the Clerk of Court shall **CLOSE** this case and send a copy of this order and the accompanying memorandum opinion to self-represented Plaintiff Johnson and counsel for Defendant.

/S/

_____
Julie R. Rubin
United States District Judge